**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

NOTICE

February 8, 2013

Shea Neal Palavan
The Hadi Law Firm
7100 Regency Square Blvd., Ste. 140
Houston, TX 77036

Attorney Admissions Record: 4:00−mc−35790

Dear Counsel:

A user account has been created in the U. S. District Court Electronic Case Filing System using the email you provided. You will receive electronic notice at this email address immediately.

Your user account login and password are:

CM/ECF District Login:       Palavan1692329
CM/ECF District Password:   SDtx0208

All new accounts are issued a generic password, and you must change your password following the instructions found in the Attorney's User Guide at http://www.txs.uscourts.gov/attorneys/cmecf/Attorneys_User_Guide.pdf.

Each CM/ECF account is created for individual attorneys not for law firms. Attorneys should **not** share their CM/ECF user account logins or passwords with other attorneys. The attorney signature on documents must be the same as the attorney whose CM/ECF account is being used.

NOTE:   *Sealed or ex parte* pleadings should be filed under seal using an event listed under the **Sealed Events** category.

For more information or to access the Live District CM/ECF system, including the most recent version of the Administrative Procedures and available forms, go to http://www.txs.uscourts.gov.

United States District Court
Southern District of Texas
515 Rusk Street, Room 5300
Houston, TX 77002
Toll Free: 866−358−6201
