# United States District Court
## Southern District of Texas

## Certificate of Good Standing

I, David J. Bradley, Clerk of Court, United States District Court for the Southern District of Texas, certify that the attorney identified below is admitted to practice in this court, and is in good standing as a member of the Bar of this Court.

Shea Neal Palavan, Federal ID No 1692329

Admission date: February, 7, 2013

Dated January 6, 2020, at Houston, Texas.

*David J. Bradley*

David J. Bradley,
Clerk of Court



By: Donna Wilkerson, Deputy Clerk